LAW OFFICES OF
# STUART D. MARKOWITZ, P.C.

575 JERICHO TURNPIKE • SUITE 210
JERICHO, NEW YORK 11753
(516) 935-3500
smarkowitz@markowitz-law.com

STUART D. MARKOWITZ

EFRAIN RAMOS, JR.

FACSIMILE
(516) 935-3599

MEMO ENDORSED

August 28, 2020

*Via Electronic Case Filing*

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RE: State Farm Mutual Automobile Insurance Company a/s/o Toni Ann Plati
v. United States of America
Case No.: 7:19-cv-10708-KMK

Dear Judge Karas:

This office represents plaintiff, State Farm Mutual Automobile Insurance Company a/s/o Toni Ann Plati in the above-referenced matter.

I am writing this letter to respectfully request that the Status Conference scheduled for Monday, September 14, 2020 be adjourned on consent to October 14, 2020 at 11:30 a.m., by teleconference. I have communicated with Assistant United States Attorney, Joshua E. Kahane and he has specifically consented to this request.

The reason for this request is that Plaintiff and Defendant are exploring settlement opportunities.

If the Court will require any additional information or documents, please advise the undersigned. Thank you for your assistance in this matter.

If the Court will require any additional information we would respectfully request that the Court contact the undersigned.

Granted.

So Ordered.

/s/ K. Karas

SDM:sa   8/28/20

Very truly yours,

STUART D. MARKOWITZ, ESQ.